C. Andrew Childers
Childers, Schlueter & Smith, L.L.C.
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
Telephone: (404) 419-9500
Facsimile: (404) 419-9501

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-4183 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Cheryl Ann Brown,<br><br>            Plaintiff<br><br>vs.<br><br>Pfizer Inc.<br><br>            Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Cheryl Ann Brown, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

-1-

all parties with each side bearing their own attorneys' fees and costs.

DATED: _____, 2010    By: _____

**C. ANDREW CHILDERS**
Childers, Schlueter & Smith, L.L.C.
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
Telephone: (404) 419-9500
Facsimile: (404) 419-9501

*Attorneys for Plaintiffs*

DATED: Oct. 5, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 10/14/2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE